ACCEPTED
01-14-00537-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/8/2015 2:07:05 PM
CHRISTOPHER PRINE
CLERK

## NO.   01-14-00537-CV

## IN THE 1st COURT OF APPEALS

## HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/8/2015 2:07:05 PM
CHRISTOPHER A. PRINE
Clerk

### FRANCIE WILLIS
### Appellant

### vs.

### BPMT, LLC
### Appellee

On appeal from the 164TH Judicial District, Harris County, Texas
Trial Court Cause No. 64983

## ATTORNEY FOR APPELLEE PRESENTING ORAL ARGUMENT

TANYA N. GARRISON
State Bar No. 24027180
JONATHAN D. SAIKIN
State Bar No. 24041847
WEYCER, KAPLAN, PULASKI &  ZUBER, PC
11 Greenway Plaza, Suite 1400
Houston, Texas  77046-1104
Telephone:  (713) 961-9045
Facsimile:   (713) 961-5341

ATTORNEYS  FOR  APPELLEE

{BPM000/00001/1021415.DOC;1/TNG }

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Tanya N. Garrison, Attorney for Appellee, BPMT, LLC will present the oral argument on Appellee's behalf.

Respectfully Submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.


By:_____*/s/ Tanya N. Garrison*_____
  TANYA N. GARRISON
  State Bar No. 24027180
  11 Greenway Plaza, Suite 1400
  Houston, Texas 77046-1104
  Telephone: (713) 961-9045
  Facsimile: (713) 961-5341

ATTORNEYS FOR APPELLEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been forwarded on May 8, 2015 by fax and/or certified mail-return receipt requested, to the following counsel of record for Appellants:

Jane Langdell Robinson
Amir H. Alavi
Reed Smith
Ahmad, Zavitsanos & Anaipakos, Alavi & Mensing, P.C.
1221 McKinney Street, Suite 3460
Houston, Texas 77010
[Fax: (713) 655-0062]

*/s/ Tanya N. Garrison*
Tanya N. Garrison